# Exhibit A

# CADWALADER

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

June 12, 2020

**Via e-mail (bray@kslaw.com)**

Brent P. Ray
King & Spalding LLP
353 N. Clark Street, 12th Floor
Chicago, IL 60654

Re:   TriOptima AB v. Quantile Technologies Ltd.
      Case No. 2:19-cv-00390-JRG

Dear Brent:

As the parties continue to ramp up discovery and approach claim construction deadlines, we note that TriOptima is still asserting 109 claims across seven patents, which is simply an unmanageable number of claims for either party to litigate. The burden on both parties in maintaining 109 asserted claims is significant, as the parties must review the language of each claim and develop or rebut a construction for each relevant term or phrase in each claim. Moreover, given the page limits on claim construction briefing and the time limits for a hearing, assertion of this number of claims will make it difficult for the parties to adequately address the most prevalent issues. Quantile therefore requests that TriOptima reduce the number of claims at issue in this case and notes that Quantile's Response to TriOptima's Interrogatory No. 1 may be beneficial in assisting TriOptima in determining which claims should be dropped.

The Eastern District of Texas court routinely requires parties to limit the number of claims before claim construction in order to lessen the burden on the parties and the Court. As you may be aware, the Eastern District of Texas provides a Model Order Focusing Patent Claims and Prior Art to Reduce Costs to facilitate the process of claim number reduction, attached for your convenience. Please let us know TriOptima's plan for reducing the number of asserted claims.

**Dorothy R. Auth**   Tel +1 212 504-6018   Fax +1 212 504-6666   dorothy.auth@cwt.com

CADWALADER

Brent P. Ray
June 12, 2020

      We are hopeful the parties can reach agreement on how to reduce the number of asserted claims in the coming days without requiring the Court's intervention. Quantile is available to meet-and-confer with TriOptima (with local counsel present) about this issue on Monday, June 15th at 10 am or 4 pm EDT. Please let us know your availability.

      Sincerely,

      *[signature]*

Attachment