IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TRIOPTIMA AB,<br><br>    Plaintiff,<br><br>v.<br><br>QUANTILE TECHNOLOGIES LIMITED,<br><br>    Defendant. | CIVIL ACTION NO. 2:19-CV-00390-JRG |

## ORDER

Before the Court is Quantile Technologies Limited's ("Quantile") Motion to Dismiss for Lack of Personal Jurisdiction or to Transfer Venue to the Southern District of New York (the "Motion"). (Dkt. No. 76). On September 4, 2020, the Court heard oral argument on the Motion.

Having considered the briefing and oral arguments, the Court finds that the Motion should be **CARRIED**. In the interim, the Court **ORDERS** limited jurisdictional discovery. Plaintiff TriOptima AB ("TriOptima") shall take one Rule 30(b)(6) deposition of Quantile focused solely upon jurisdictional facts and issues within twenty-one (21) days of this Order. Furthermore, TriOptima is to file an updated brief supplementing its opposition to the Motion not to exceed ten (10) pages within seven (7) days of such deposition, and Quantile is to file a responsive brief supplementing the Motion not to exceed ten (10) pages within seven (7) days of TriOptima's supplemental filing.

**So ORDERED and SIGNED this 4th day of September, 2020.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE